# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00330-CV

### Crystal Lynn Evans, Appellant

### v.

### Jason Lind, Appellee

---

#### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
#### NO. C-1-CV-23-005410, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 16, 2025. To date, the brief has not been tendered for filing and is overdue. On July 22, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 1, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed: August 8, 2025